INNOVATIVE IMPLANT & ORAL SURGERY PC
1300 Bridgetown Pike
Feasterville Trevose PA  19053

1302-0955
OR...  Newtown
EE ID: 139    DD

NON-NEGOTIABLE

CYNTHIA E LEGARY
2506 GREEN AVENUE
BRISTOL PA  19007

WELLS FARGO BANK, NA
PAYABLE IF DESIRED AT:
ALL WELLS FARGO BANK, NA BANKS

---

**PERSONAL AND CHECK INFORMATION**

Cynthia E LeGary
2506 Green Avenue
Bristol, PA  19007
**Employee ID:** 139

**Home Department:** 1 Newtown

**Pay Period:** 05/21/26 to 06/03/26
**Check Date:** 06/05/26    **Check #:** 61646

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 822 | 1240.06 | 16511.85 |
| Chkg 319 | 58.87 | 529.83 |
| **NET PAY** | **1298.93** | **17041.68** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 69.2500 | 24.1000 | 1668.93 | 881.7500 | 21250.22 |
| | Overtime | 0.2500 | 36.1500 | 9.04 | 5.5000 | 198.84 |
| | Call Out Paid Sick | | | | 6.5000 | 156.65 |
| | Holiday | 8.0000 | 24.1000 | 192.80 | 24.0000 | 578.40 |
| | Sick | | | | 17.0000 | 409.71 |
| | Vacation | 2.7500 | 24.1000 | 66.28 | 27.2500 | 656.74 |
| | Total Hours | 80.2500 | | | 962.0000 | |
| | Total Hrs Worked | 69.5000 | | | 887.2500 | |
| | Gross Earnings | | | 1937.05 | | 23250.56 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 112.67 | 1352.40 |
| Medicare | | 26.35 | 316.29 |
| Fed Income Tax | H  +$15 | 107.99 | 1296.64 |
| PA Income Tax | | 55.79 | 669.65 |
| PA Unemploy | | 1.36 | 16.27 |
| PA LNEBU-Buc L | | 2.00 | 24.00 |
| PA NWTWP-Buc | | 18.17 | 218.10 |
| **TOTAL** | | 324.33 | 3893.35 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Payactiv | 193.99 | 877.93 |
| S125 Pre Tax | 102.63 | 1231.56 |
| S125 Pre Tax De | 17.17 | 206.04 |
| **TOTAL** | 313.79 | 2315.53 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1298.93** | **17041.68** |

Payrolls by Paychex, Inc.

0027 1302-0955  Innovative Implant & Oral Surgery PC • 1300 Bridgetown Pike • Feasterville Trevose PA  19053 • (215) 322-7177

INNOVATIVE IMPLANT & ORAL SURGERY PC
1300 Bridgetown Pike
Feasterville Trevose PA  19053

1302-0955
ORG: 1 Newtown
EE ID: 139        DD

CYNTHIA E LEGARY
2506 GREEN AVENUE
BRISTOL PA  19007

WELLS FARGO BANK, NA
PAYABLE IF DESIRED AT:
ALL WELLS FARGO BANK, NA BANKS

NON-NEGOTIABLE
NON-NEGOT
Payrolls by Paychex, Inc.

## PERSONAL AND CHECK INFORMATION

Cynthia E LeGary
2506 Green Avenue
Bristol, PA  19007
**Employee ID:** 139

**Home Department:** 1 Newtown

**Pay Period:** 04/23/26 to 05/06/26
**Check Date:** 05/08/26    **Check #:** 61553

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 822 | 1367.48 | 13810.20 |
| Chkg 319 | 58.87 | 412.09 |
| **NET PAY** | **1426.35** | **14222.29** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 76.0000 | 24.1000 | 1831.61 | 732.5000 | 17653.29 |
| | Overtime | 0.5000 | 36.1500 | 18.08 | 4.0000 | 144.61 |
| | Call Out Paid Sick | | | | 6.5000 | 156.65 |
| | Holiday | | | | 16.0000 | 385.60 |
| | Sick | | | | 17.0000 | 409.71 |
| | Vacation | | | | 24.5000 | 590.46 |
| | **Total Hours** | 76.5000 | | | 800.5000 | |
| | **Total Hrs Worked** | 76.5000 | | | 736.5000 | |
| | **Gross Earnings** | | | 1849.69 | | 19340.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 107.25 | 1124.82 |
| Medicare | | 25.08 | 263.06 |
| Fed Income Tax | H  +$15 | 97.51 | 1076.32 |
| PA Income Tax | | 53.11 | 556.96 |
| PA Unemploy | | 1.29 | 13.53 |
| PA LNEBU-Buc L | | 2.00 | 20.00 |
| PA NWTWP-Buc | | 17.30 | 181.40 |
| **TOTAL** | | 303.54 | 3236.09 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Payactiv | | 683.94 |
| S125 Pre Tax | 102.63 | 1026.30 |
| S125 Pre Tax De | 17.17 | 171.70 |
| **TOTAL** | 119.80 | 1881.94 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1426.35 | 14222.29 |

INNOVATIVE IMPLANT & ORAL SURGERY PC
1300 Bridgetown Pike
Feasterville Trevose PA 19053

1302-0955
ORG: 1 Newtown
EE ID: 139        DD

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

NON-NEGOT

CYNTHIA E LEGARY
2506 GREEN AVENUE
BRISTOL PA 19007

WELLS FARGO BANK, NA
PAYABLE IF DESIRED AT:
ALL WELLS FARGO BANK, NA BANKS

## PERSONAL AND CHECK INFORMATION

Cynthia E LeGary
2506 Green Avenue
Bristol, PA 19007
**Employee ID:** 139

**Home Department:** 1 Newtown

**Pay Period:** 05/07/26 to 05/20/26
**Check Date:** 05/22/26    **Check #:** 61601

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 822 | 1461.59 | 15271.79 |
| Chkg 319 | 58.87 | 470.96 |
| **NET PAY** | **1520.46** | **15742.75** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 80.0000 | 24.1000 | 1928.00 | 812.5000 | 19581.29 |
| | Overtime | 1.2500 | 36.1500 | 45.19 | 5.2500 | 189.80 |
| | Call Out Paid Sick | | | | 6.5000 | 156.65 |
| | Holiday | | | | 16.0000 | 385.60 |
| | Sick | | | | 17.0000 | 409.71 |
| | Vacation | | | | 24.5000 | 590.46 |
| | **Total Hours** | 81.2500 | | | 881.7500 | |
| | **Total Hrs Worked** | 81.2500 | | | 817.7500 | |
| | **Gross Earnings** | | | 1973.19 | | 21313.51 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 114.91 | 1239.73 |
| Medicare | | 26.88 | 289.94 |
| Fed Income Tax | H +$15 | 112.33 | 1188.65 |
| PA Income Tax | | 56.90 | 613.86 |
| PA Unemploy | | 1.38 | 14.91 |
| PA LNEBU-Buc L | | 2.00 | 22.00 |
| PA NWTWP-Buc | | 18.53 | 199.93 |
| **TOTAL** | | 332.93 | 3569.02 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Payactiv | | 683.94 |
| S125 Pre Tax | 102.63 | 1128.93 |
| S125 Pre Tax De | 17.17 | 188.87 |
| **TOTAL** | 119.80 | 2001.74 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1520.46 | 15742.75 |

Payrolls by Paychex, Inc.

0027 1302-0955 Innovative Implant & Oral Surgery PC • 1300 Bridgetown Pike • Feasterville Trevose PA 19053 • (215) 322-7177

INNOVATIVE IMPLANT & ORAL SURGERY PC
1300 Bridgetown Pike
Feasterville Trevose PA  19053

1302-0955
ORG1.1 Newtown
EE ID: 139      DD

Payrolls by Paychex, Inc.

CYNTHIA E LEGARY
2506 GREEN AVENUE
BRISTOL PA  19007

NON-NEGOTIABLE

WELLS FARGO BANK, NA
PAYABLE IF DESIRED AT:
ALL WELLS FARGO BANK, NA BANKS

## PERSONAL AND CHECK INFORMATION

Cynthia E LeGary
2506 Green Avenue
Bristol, PA  19007
**Employee ID:** 139

**Home Department:** 1 Newtown

**Pay Period:** 03/26/26 to 04/08/26
**Check Date:** 04/10/26    **Check #:** 61457

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 822 | 1417.98 | 11015.57 |
| Chkg 319 | 58.87 | 294.35 |
| **NET PAY** | **1476.85** | **11309.92** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 79.5000 | 24.1000 | 1915.95 | 583.0000 | 14050.33 |
| | Overtime | | | | 3.5000 | 126.53 |
| | Holiday | | | | 16.0000 | 385.60 |
| | Sick | | | | 17.0000 | 409.71 |
| | Vacation | | | | 24.5000 | 590.46 |
| | Total Hours | 79.5000 | | | 644.0000 | |
| | Total Hrs Worked | 79.5000 | | | 586.5000 | |
| | Gross Earnings | | | 1915.95 | | 15562.63 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 111.36 | 905.46 |
| Medicare | | 26.04 | 211.76 |
| Fed Income Tax | H  +$15 | 105.46 | 871.90 |
| PA Income Tax | | 55.14 | 448.34 |
| PA Unemploy | | 1.34 | 10.89 |
| PA LNEBU-Buc L | | 2.00 | 16.00 |
| PA NWTWP-Buc | | 17.96 | 146.02 |
| **TOTAL** | | 319.30 | 2610.37 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Payactiv | | 683.94 |
| S125 Pre Tax | 102.63 | 821.04 |
| S125 Pre Tax De | 17.17 | 137.36 |
| **TOTAL** | 119.80 | 1642.34 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1476.85 | 11309.92 |

Payrolls by Paychex, Inc.

0027 1302-0955  Innovative Implant & Oral Surgery PC • 1300 Bridgetown Pike • Feasterville Trevose PA  19053 • (215) 322-7177

INNOVATIVE IMPLANT & ORAL SURGERY PC
1300 Bridgetown Pike
Feasterville Trevose PA  19053

1302-0955
ORG: 1 Newtown
EE ID: 139      DD

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

CYNTHIA E LEGARY
2506 GREEN AVENUE
BRISTOL PA  19007

WELLS FARGO BANK, NA
PAYABLE IF DESIRED AT:
ALL WELLS FARGO BANK, NA BANKS

---

## PERSONAL AND CHECK INFORMATION

Cynthia E LeGary
2506 Green Avenue
Bristol, PA  19007
**Employee ID:** 139

**Home Department:** 1 Newtown

**Pay Period:** 04/09/26 to 04/22/26
**Check Date:** 04/24/26    **Check #:** 61507

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 822 | 1427.15 | 12442.72 |
| Chkg 319 | 58.87 | 353.22 |
| **NET PAY** | **1486.02** | **12795.94** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 73.5000 | 24.1000 | 1771.35 | 656.5000 | 15821.68 |
| | | Overtime | | | | 3.5000 | 126.53 |
| | | Call Out Paid Sick | 6.5000 | 24.1000 | 156.65 | 6.5000 | 156.65 |
| | | Holiday | | | | 16.0000 | 385.60 |
| | | Sick | | | | 17.0000 | 409.71 |
| | | Vacation | | | | 24.5000 | 590.46 |
| | | **Total Hours** | 80.0000 | | | 724.0000 | |
| | | **Total Hrs Worked** | 73.5000 | | | 660.0000 | |
| | | **Gross Earnings** | | | 1928.00 | | 17490.63 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 112.11 | 1017.57 |
| | Medicare | | 26.22 | 237.98 |
| | Fed Income Tax | H  +$15 | 106.91 | 978.81 |
| | PA Income Tax | | 55.51 | 503.85 |
| | PA Unemploy | | 1.35 | 12.24 |
| | PA LNEBU-Buc L | | 2.00 | 18.00 |
| | PA NWTWP-Buc | | 18.08 | 164.10 |
| | **TOTAL** | | 322.18 | 2932.55 |

| DEDUCTIONS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | Payactiv | | 683.94 |
| | S125 Pre Tax | 102.63 | 923.67 |
| | S125 Pre Tax De | 17.17 | 154.53 |
| | **TOTAL** | 119.80 | 1762.14 |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | **1486.02** | **12795.94** |

Payrolls by Paychex, Inc.

0027 1302-0955  Innovative Implant & Oral Surgery PC • 1300 Bridgetown Pike • Feasterville Trevose PA  19053 • (215) 322-7177

INNOVATIVE IMPLANT & ORAL SURGERY PC
1300 Bridgetown Pike
Feasterville Trevose PA  19053

1302-0955
ORG:
EE ID: 139     DD

CYNTHIA E LEGARY
2506 GREEN AVENUE
BRISTOL PA  19007

WELLS FARGO BANK, NA
PAYABLE IF DESIRED AT:
ALL WELLS FARGO BANK, NA BANKS

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Cynthia E LeGary
2506 Green Avenue
Bristol, PA  19007
Employee ID: 139

Home Department: 1 Newtown

Pay Period: 04/23/26 to 05/06/26
Check Date: 05/08/26    Check #: 61553

## NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 822 | 1367.48 | 13810.20 |
| Chkg 319 | 58.87 | 412.09 |
| NET PAY | 1426.35 | 14222.29 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 76.0000 | 24.1000 | 1831.61 | 732.5000 | 17653.29 |
| | Overtime | 0.5000 | 36.1500 | 18.08 | 4.0000 | 144.61 |
| | Call Out Paid Sick | | | | 6.5000 | 156.65 |
| | Holiday | | | | 16.0000 | 385.60 |
| | Sick | | | | 17.0000 | 409.71 |
| | Vacation | | | | 24.5000 | 590.46 |
| 76.5000 | Total Hours | | | | 800.5000 | |
| 76.5000 | Total Hrs Worked | | | | 736.5000 | |
| | Gross Earnings | | | 1849.69 | | 19340.32 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 107.25 | 1124.82 |
| Medicare | | 25.08 | 263.06 |
| Fed Income Tax | H  +$15 | 97.51 | 1076.32 |
| PA Income Tax | | 53.11 | 556.96 |
| PA Unemploy | | 1.29 | 13.53 |
| PA LNEBU-Buc L | | 2.00 | 20.00 |
| PA NWTWP-Buc | | 17.30 | 181.40 |
| TOTAL | | 303.54 | 3236.09 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Payactiv | | 683.94 |
| S125 Pre Tax | 102.63 | 1026.30 |
| S125 Pre Tax De | 17.17 | 171.70 |
| TOTAL | 119.80 | 1881.94 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1426.35 | 14222.29 |

Payrolls by Paychex, Inc.
0027 1302-0955  Innovative Implant & Oral Surgery PC • 1300 Bridgetown Pike • Feasterville Trevose PA  19053 • (215) 322-7177

# PETSMART

## Earnings Statement

Distribution: 1010 1479

PetSmart LLC
19601 N. 27th Avenue
Phoenix AZ 85027

| | |
|---|---|
| Employee ID | 000853894 |
| | Page 001 of 001 |
| Period Beg/End: | 05/18/2026 - 05/24/2026 |
| Advice Date: | 05/29/2026 |
| Advice Number: | 8538940004 |
| Batch Number: | 202605181721 |

LEGARY,   CYNTHIA
2506  GREEN   AVE
BRISTOL   PA   19007

**For inquiries on this statement please call: 800-738-1385**

Total Hours Worked:       4.50
Basis of Pay:             Hourly
Pay Rate:                 15.00

| Earnings | Period | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|
| Reg Pay | 052426 | 15.00 | 4.50 | 67.50 | 67.50 |
| NewHireT | | | | | 105.00 |
| ServiceT | | | | | 138.60 |
| Tot EarnS | | | | 67.50 | 311.10 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Social Security Tax | 4.19 | 19.29 |
| Medicare Tax | 0.98 | 4.51 |
| PA Withholding Tax | 2.07 | 9.55 |
| PA Unemployment Tax | 0.05 | 0.22 |
| PBER Withholding Tax | 0.68 | 3.12 |
| PBER Local Services T | 0.98 | 3.92 |
| Total Tax Deductions | 8.95 | 40.61 |

**Pay Distribution**

| | | |
|---|---|---|
| XXXXXXXX3822 | 58.55 | Checking |
| Net Pay | 58.55 | |

| | |
|---|---|
| Sick Hours Accrued YTD | 0.00 |
| Sick Hours taken YTD | 0.00 |
| Current Sick Balance | 0.00 |

# indicates retro-active payment

* indicates excluded from federal taxable wages

© 2012 Automatic Data Processing (PC50700)

# PETSMART

PetSmart   LLC
19601   N.   27th   Avenue
Phoenix   AZ   85027

| | |
|---|---|
| Advice Number: | 8538940004 |
| Advice Date: | 05/29/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| LEGARY, CYNTHIA | Checking XXXXXXXX3822 | XXXXX2084 | 58.55 |

# PETSMART

Distribution: 1010 1479

PetSmart LLC
19601 N. 27th Avenue
Phoenix AZ 85027

## Earnings Statement

| | |
|---|---|
| Employee ID | 000853894 |
| | Page 001 of 001 |
| Period Beg/End: | 05/25/2026 - 05/31/2026 |
| Advice Date: | 06/05/2026 |
| Advice Number: | 8538940005 |
| Batch Number: | 202605261704 |

LEGARY,   CYNTHIA
2506  GREEN  AVE
BRISTOL   PA   19007

**For inquiries on this statement please call: 800-738-1385**

Total Hours Worked:      8.15
Basis of Pay:            Hourly
Pay Rate:                15.00

| Earnings Period | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Reg Pay | | | | 67.50 |
| NewHireT | | | | 105.00 |
| ServiceT 053126 | 15.00 | 8.15 | 122.25 | 260.85 |
| Tot Earn# | | | 122.25 | 433.35 |

**Imputed Income**

| | | | Current | YTD |
|---|---|---|---|---|
| Tips | | | 10.00 | 10.00 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Social Security Tax | 8.20 | 27.49 |
| Medicare Tax | 1.92 | 6.43 |
| PA Withholding Tax | 4.06 | 13.61 |
| PA Unemployment Tax | 0.09 | 0.31 |
| PBER Withholding Tax | 1.32 | 4.44 |
| PBER Local Services T | 0.98 | 4.90 |
| Total Tax Deductions | 16.57 | 57.18 |

**Pay Distribution**

| | | |
|---|---|---|
| XXXXXXXX3822 | 105.68 | Checking |
| Net Pay | 105.68 | |

| | |
|---|---|
| Sick Hours Accrued YTD | 0.00 |
| Sick Hours taken YTD | 0.00 |
| Current Sick Balance | 0.00 |

# indicates retro-active payment

* indicates excluded from federal taxable wages

© 2022 Automatic Data Processing (PC/VOI)

# PETSMART
PetSmart LLC
19601 N. 27th Avenue
Phoenix AZ 85027

| | | |
|---|---|---|
| Advice Number: | 8538940005 | |
| Advice Date: | 06/05/2026 | |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| LEGARY, CYNTHIA | Checking XXXXXXXX3822 | XXXXX2084 | 105.68 |

# PETSMART

CO
YRE

Distribution: 1010 1479

PetSmart LLC
19601 N. 27th Avenue
Phoenix AZ 85027

## Earnings   Statement

| | |
|---|---|
| Employee ID | 000853894 |
| | Page 001 of 001 |
| Period Beg/End: | 06/01/2026 - 06/07/2026 |
| Advice Date: | 06/12/2026 |
| Advice Number: | 8538940006 |
| Batch Number: | 202606011801 |

LEGARY,   CYNTHIA
2506  GREEN   AVE
BRISTOL   PA   19007

**For inquiries on this statement please call: 800-738-1385**

| | |
|---|---|
| Total Hours Worked: | 8.23 |
| Basis of Pay: | Hourly |
| Pay Rate: | 15.00 |

| Earnings | Period | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|
| Reg Pay | | | | | 67.50 |
| NewHireT | | | | | 105.00 |
| ServiceT | 060726 | 15.00 | 8.23 | 123.45 | 384.30 |
| Tot Earns | | | | 123.45 | 556.80 |

**Imputed Income**

| | | |
|---|---|---|
| Tips | | 10.00 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Social Security Tax | 7.65 | 35.14 |
| Medicare Tax | 1.79 | 8.22 |
| PA Withholding Tax | 3.79 | 17.40 |
| PA Unemployment Tax | 0.09 | 0.40 |
| PBER Withholding Tax | 1.23 | 5.67 |
| PBER Local Services T | 0.98 | 5.88 |
| Total Tax Deductions | 15.53 | 72.71 |

**Pay Distribution**

| | | |
|---|---|---|
| XXXXXXXX3822 | 107.92 | Checking |
| Net Pay | 107.92 | |

| | |
|---|---|
| Sick Hours Accrued YTD | 0.00 |
| Sick Hours taken YTD | 0.00 |
| Current Sick Balance | 0.00 |

**# indicates retro-active payment**

**\* indicates excluded from federal taxable wages**

© 2002 AutomaticData Processing (PCDUVC)

# PETSMART

PetSmart   LLC
19601  N.  27th  Avenue
Phoenix   AZ  85027

| | | |
|---|---|---|
| Advice   Number: | | 8538940006 |
| Advice   Date: | | 06/12/2026 |

THIS IS NOT A CHECK

| Deposited  to  the  account  of | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| LEGARY,  CYNTHIA | Checking  XXXXXXXX3822 | XXXXX2084 | 107.92 |

# Earnings Statement

**PETSMART**

CO
YRB

Distribution: 1010 1479

PetSmart LLC
19601 N. 27th Avenue
Phoenix AZ 85027

| | |
|---|---|
| Employee ID | 000853894 |
| | Page 001 of 001 |
| Period Beg/End: | 05/11/2026 - 05/17/2026 |
| Advice Date: | 05/22/2026 |
| Advice Number: | 8538940003 |
| Batch Number: | 202605111817 |

LEGARY,   CYNTHIA
2506  GREEN  AVE
BRISTOL   PA   19007

**For inquiries on this statement please call: 800-738-1385**

| | | |
|---|---|---|
| Total Hours Worked: | 4.77 | |
| Basis of Pay: | Hourly | |
| Pay Rate: | 15.00 | |

| Earnings | Period | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|
| NewHireT | | | | | 105.00 |
| ServiceT | 051726 | 15.00 | 4.77 | 71.55 | 138.60 |
| Tot. EarnE | | | | 71.55 | 243.60 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Social Security Tax | 4.43 | 15.10 |
| Medicare Tax | 1.04 | 3.53 |
| PA Withholding Tax | 2.20 | 7.48 |
| PA Unemployment Tax | 0.05 | 0.17 |
| PBER Withholding Tax | 0.72 | 2.44 |
| PBER Local Services T | 0.98 | 2.94 |
| Total Tax Deductions | 9.42 | 31.66 |

**Pay Distribution**

| | | |
|---|---|---|
| XXXXXXXX3822 | 62.13 | Checking |
| Net Pay | 62.13 | |

| | |
|---|---|
| Sick Hours Accrued YTD | 0.00 |
| Sick Hours taken YTD | 0.00 |
| Current Sick Balance | 0.00 |

**# indicates retro-active payment**

**\* indicates excluded from federal taxable wages**

© 2002 Automatic Data Processing (SCSU7C)

**PETSMART** PetSmart LLC
19601 N. 27th Avenue
Phoenix AZ 85027

| | |
|---|---|
| Advice Number: | 8538940003 |
| Advice Date: | 05/22/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| LEGARY, CYNTHIA | Checking XXXXXXXX3822 | XXXXX2084 | 62.13 |

# PETSMART

CO
YR8

Distribution: 1010 1479

PetSmart LLC
19601 N. 27th Avenue
Phoenix AZ 85027

## Earnings Statement

| | |
|---|---|
| Employee ID | 000853894 |
| | Page 001 of 001 |
| Period Beg/End: | 05/04/2026 - 05/10/2026 |
| Check Date: | 05/15/2026 |
| Check Number: | 0078329284 |
| Batch Number: | 202605041836 |

LEGARY,   CYNTHIA
2506  GREEN  AVE
BRISTOL  PA   19007

**For inquiries on this statement please call: 800-738-1385**

| | |
|---|---|
| Total Hours Worked: | 10.47 |
| Basis of Pay: | Hourly |
| Pay Rate: | 15.00 |

| Earnings | Period | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|
| NewHireT | 051026 | 15.00 | 7.00 | 105.00 | 105.00 |
| ServiceT | 051026 | 15.00 | 3.47 | 52.05 | 67.05 |
| Tot EarnS | | | | 157.05 | 172.05 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Social Security Tax | 9.74 | 10.67 |
| Medicare Tax | 2.27 | 2.49 |
| PA Withholding Tax | 4.82 | 5.28 |
| PA Unemployment Tax | 0.11 | 0.12 |
| PBER Withholding Tax | 1.57 | 1.72 |
| PBER Local Services T | 0.98 | 1.96 |
| Total Tax Deductions | 19.49 | 22.24 |

**Pay Distribution**

| | |
|---|---|
| Net Check | 137.56 |
| Net Pay | 137.56 |

| | |
|---|---|
| Sick Hours Accrued YTD | 0.00 |
| Sick Hours taken YTD | 0.00 |
| Current Sick Balance | 0.00 |

# indicates retro-active payment

* indicates excluded from federal taxable wages
© 2002 AutomaticData Processing (PCSUCR)

# PETSMART  PetSmart LLC
19601 N. 27th Avenue
Phoenix AZ 85027

90-7162/3222

| | |
|---|---|
| Check Number: | 0078329284 |
| Check Date: | 05/15/2026 |

**THIS IS NOT A CHECK**

| This amount: | ONE HUNDRED THIRTY SEVEN DOLLARS AND 56/100 | $**137.56 |
|---|---|---|

Pay to the
order of:   LEGARY,  CYNTHIA
2506 GREEN AVE
BRISTOL PA  19007

JP Morgan Chase
1631 Broadway
Sacramento, CA 95818

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
Void after 180 days

**PETSMART**

CO
YR8
Distribution: 1010 1479

PetSmart LLC
19601 N. 27th Avenue
Phoenix AZ 85027

## Earnings Statement

| | |
|---|---|
| Employee ID | 000853894 |
| | Page 001 of 001 |
| Period Beginning: | 04/29/2026 |
| Period Ending: | 05/03/2026 |
| Check Date: | 05/08/2026 |
| Check Number: | 0078289566 |
| Batch Number: | 202604271942 |

LEGARY, CYNTHIA
2506 GREEN AVE
BRISTOL PA 19007

**For inquiries on this statement please call: 800-738-1385**

Total Hours Worked: 1.00
Basis of Pay: Hourly
Pay Rate: 15.00

| Earnings Period | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| ServiceT 050326 | 15.00 | 1.00 | 15.00 | 15.00 |
| Tot EarnS | | | 15.00 | 15.00 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Social Security Tax | 0.93 | 0.93 |
| Medicare Tax | 0.22 | 0.22 |
| PA Withholding Tax | 0.46 | 0.46 |
| PA Unemployment Tax | 0.01 | 0.01 |
| PBER Withholding Tax | 0.15 | 0.15 |
| PBER Local Services T | 0.98 | 0.98 |
| Total Tax Deductions | 2.75 | 2.75 |

**Pay Distribution**

| | |
|---|---|
| Net Check | 12.25 |
| Net Pay | 12.25 |

| | |
|---|---|
| Sick Hours Accrued YTD | 0.00 |
| Sick Hours taken YTD | 0.00 |
| Current Sick Balance | 0.00 |

**# indicates retro-active payment**

**\* indicates excluded from federal taxable wages**

© 2002 Automatic Data Processing (PCSUCH)

**PETSMART** PetSmart LLC
19601 N. 27th Avenue
Phoenix AZ 85027

90-7162/3222

| Check Number: | 0078289566 |
|---|---|
| Check Date: | 05/08/2026 |

**THIS IS NOT A CHECK**

This amount: TWELVE DOLLARS AND 25/100

$**12.25

Pay to the
order of:

LEGARY, CYNTHIA
2506 GREEN AVE
BRISTOL PA 19007

**ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243**
**Void after 180 days**

JP Morgan Chase
1631 Broadway
Sacramento, CA 95818