# EXHIBIT B

## BUCKS COUNTY RECORDER OF DEEDS

**55 East Court Street**
**Doylestown, Pennsylvania 18901**
**(215) 348-6209**

Instrument Number - 2023011677
Recorded On 3/23/2023 At 12:41:21 PM * Total Pages - 8
* Instrument Type - MORTGAGE - CORPORATIONS
Invoice Number - [redacted] User - KLJ
* Mortgagor - LEGARY, CYNTHIA E
* Mortgagee - CITIZENS BANK N A
* Customer - SIMPLIFILE LC E-RECORDING
* FEES

| | |
|---|---|
| RECORDING FEES | $93.75 |
| TOTAL PAID | $93.75 |

Bucks County UPI Certification
On March 23, 2023 By TF

COPY

This is a certification page

**DO NOT DETACH**

This page is now part
of this legal document.

RETURN DOCUMENT TO:
LENDER RECORDING SERVICES INC.
5455 DETROIT RD
SUITE B
SHEFFIELD VILLAGE, OH 44054

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Bucks County, Pennsylvania.

THE RECORDERS OFFICE OF BUCKS COUNTY, PA.

Daniel J. McPhillips

Daniel J. McPhillips
Recorder of Deeds

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

[redacted]

CERTIFIED PROPERTY IDENTIFICATION NUMBERS
[redacted] - BRISTOL TWP
CERTIFIED 03/23/2023 BY TF

**Return To:**
CITIZENS
ONE CITIZENS BANK WAY, JCB216
JOHNSTON, RI 02919
CONSUMER LOAN OPERATIONS
[redacted]

**Prepared By:**
CITIZENS
BRENDA CICCARELLI
ONE CITIZENS BANK WAY
JOHNSTON, RI 02919
(800) 894-4619

**Parcel ID#:** [redacted]
**Collateral Address:**
2506 GREEN AVE, BRISTOL, PA 19007

**Master Mortgage Form Recorded By CITIZENS BANK, N.A. In Volume NA, Page NA, Instrument # 2018065966, BUCKS County, Pennsylvania Records**

**PENNSYLVANIA**
**HOME EQUITY LINE OF CREDIT**
**OPEN-END MORTGAGE**
**(Securing Future Advances)**
**INCORPORATING THE OPEN-END MASTER MORTGAGE FORM**
**RECORDED BY CITIZENS BANK, N.A.**
**MAXIMUM PRINCIPAL AMOUNT $69,100.00**

**KNOW ALL MEN BY THESE PRESENTS:** [redacted]

That on MARCH 11, 2023, the mortgagor, CYNTHIA E LEGARY AND MICHAEL L LEGARY; whose address is 2506 GREEN AVE, BRISTOL, PA 19007 ("Property Address"); (hereafter "Borrower"), in consideration of a loan in the amount of $69,100.00 made available by CITIZENS BANK, N.A., a national banking association, with a mailing address of One Citizens Plaza, Providence, R.I. 02903 (hereafter "Lender"), the receipt whereof is hereby acknowledged, does hereby grant, bargain, sell and convey to

[redacted]

the said Lender, its successors and assigns forever, the following real property, situated in the County of **BUCKS** in the State of Pennsylvania ("Property") and more particularly described as follows:

The property is further described in a formal property description, not attached at the time of signature but attached at the time of recording.

and all the Estate, Title and Interest of the said Borrower either in law or equity, of, in and to the said premises; together with all the privileges and appurtenances to the same belonging, and all the rents, issues and profits thereof; to have and to hold the same to the only proper use of the said Lender, its successors and assigns forever.

1. Definitions: In addition to the definitions set forth in the Open-End Master Mortgage form referenced in Section 4 hereof, which definitions shall apply to all capitalized terms contained herein which are not otherwise specifically defined, the following term shall have the following meaning:

(a) "Note" means the Promissory Note or Agreement signed by Borrower, delivered to Lender and dated **MARCH 11, 2023**. The Note states that Borrower owes the Lender **$69,100.00** plus interest. Borrower promises to pay this debt in regular Periodic Payments and to pay the debt in full not later than **MARCH 15, 2048**.

2. **THIS IS A FUTURE ADVANCE MORTGAGE.** The repayment of which debt is evidenced by a Credit Line Agreement (the "Agreement") made in favor of the Lender by the Borrower and dated the same date as this Security Instrument, under which the Borrower and the Lender reasonably contemplate that there will be a series of advances, payments and readvances but which limits the aggregate principal indebtedness at any time outstanding to a **maximum principal amount, excluding protective advances, of $69,100.00** including, but not limited to, any future advances, with interest thereon.

3. Payment of Principal, Interest and Other Charges. Borrower will pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note.

4. Incorporation of Terms and Conditions of Master Mortgage Form Recorded by Lender. Borrower covenants and agrees that it shall be bound by the terms, conditions and



[redacted]

[redacted]

provisions set forth in that certain Open-End Master Mortgage Form recorded in Official Record in Volume NA, Page NA, Instrument # 2018065966, of the BUCKS County ("Master Mortgage"). Upon the occurrence of a default under the terms of such Master Mortgage, Lender shall be entitled to pursue all remedies specified in such Master Mortgage against the Borrower and the Property.

Borrower has been provided with a copy of the Master Mortgage from Lender and acknowledges receiving it along with this Home Equity Line of Credit Open End Mortgage.

5. Defeasance. This Security Instrument is given to secure the advances made by Lender to Borrower under the Note, which Note has a maturity date of MARCH 15, 2048. Upon the repayment in full of the amounts advanced under the Note, all accrued interest under the Note and all incidental amounts as set forth in the Master Mortgage, this Security Instrument shall be void.

6. **REQUEST FOR NOTICE OF DEFAULT AND FORECLOSURE UNDER SUPERIOR MORTGAGES OR DEEDS OF TRUST** Borrower and Lender request the holder of any mortgage, deed of trust or other encumbrance with a lien which has priority over the Security Instrument to give Notice to Lender's address set forth on page one of the Security Instrument, of any default under the superior encumbrance and of any sale or other foreclosure action.

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**



[redacted]

[redacted]

IN WITNESS WHEREOF, Borrower has executed this Mortgage.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in the Security Instrument and in any Rider(s) executed by Borrower and recorded with it.

Signed, sealed and delivered:

3/11/23

- MORTGAGOR - CYNTHIA E LEGARY - DATE -

3/11/23

MICHAEL L LEGARY - DATE -

**GENERAL PROVISIONS INCORPORATED BY REFERENCE AND NOT TO BE RECORDED**

SEE MASTER MORTGAGE FORM REFERRED TO HEREIN

**CERTIFICATE OF RESIDENCE OF MORTGAGEE**

I do hereby certify that the precise address and principal place of business of the within named mortgagee is: One Citizens Plaza, Providence, R.I. 02903.

CITIZENS BANK, N.A.

By: ______ BM

Name: John Stiltner

Title: Branch Mgr

COPY



[redacted]

**INDIVIDUAL ACKNOWLEDGMENT**

STATE OR COMMONWEALTH OF PA )
)SS:
COUNTY OF Bucks )

On the 11th day of March, 2023 before me appeared **CYNTHIA E LEGARY AND MICHAEL L LEGARY**; to me personally known to be the person(s) whose name(s) is/are subscribed to this instrument, and such person(s) acknowledged that he/she/they (i) executed the same for the purposes therein contained, and (ii) executed this instrument as their free act and deed.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

(Official Seal)

**Notary Public**

**Notarial Seal**

Commonwealth of Pennsylvania - Notary Seal
JOHN STILTNER, Notary Public
Bucks County
My Commission Expires September 12, 2025
Commission Number 1320215

COPY

Attention Registry of Deeds/Town or City Clerk:

Mail to: **CITIZENS**
Attn: **CONSUMER LOAN OPERATIONS**
**ONE CITIZENS BANK WAY, JCB216**
**JOHNSTON, RI 02919**



[redacted]

**EXHIBIT A**

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE IN BRISTOL TOWNSHIP, BUCKS COUNTY, PENNSYLVANIA DESCRIBED ACCORDING TO A SURVEY AND PLAN MADE OF LAUREL BEND SECTION 3 MADE BY BENJAMIN C. QUEEN, REGISTERED LAND SURVEYOR, FAIRLESS HILLS, PENNSYLVANIA ON FEBRUARY 26, 1957 WHICH PLAN IS RECORDED AT BUCKS COUNTY IF DEED BOOK NO. 13 PAGE 7 AND DESCRIBED AS FOLLOWS TO WIT:

BEGINNING AT A POINT ON THE EAST SIDE OF GREEN AVENUE (FIFTY FEET WIDE) WHICH POINT IS MEASURED SOUTH FOUR DEGREES FIFTY-ONE MINUTES THIRTY SECONDS EAST TWO HUNDRED TWENTY-SIX AND THIRTY-TWO ONE-HUNDREDTHS FEET FROM A POINT, WHICH POINT IS MEASURED ON THE ARC OF A CIRCLE CURVING TO THE RIGHT HAVING A RADIUS OF TWO HUNDRED FEET THE ARC DISTANCE OF ONE HUNDRED SIXTY-TWO AND NINETY-NINE ONE-HUNDREDTHS FEET FROM A POINT, WHICH POINT IS MEASURED SOUTH FIFTY-ONE DEGREES THIRTY-THREE MINUTES EAST FIFTY-ONE AND ONE ONE-HUNDREDTHS FEET FROM A POINT, WHICH POINT IS MEASURED ON THE ARC OF A CIRCLE CURVING TO THE RIGHT HAVING A RADIUS OF TWO HUNDRED FEET THE ARC DISTANCE OF ONE HUNDRED FIFTY-ONE AND SEVENTEEN ONE-HUNDREDTHS FEET FROM A POINT, WHICH POINT IS MEASURED ON THE ARC OF A CIRCLE CURVING TO THE LEFT HAVING A RADIUS OF TWELVE AND EIGHTY-EIGHT ONE-HUNDREDTHS FEET THE ARC DISTANCE OF TWENTY AND TWENTY-FOUR ONE-HUNDREDTHS FEET FROM A POINT ON THE EAST SIDE OF WOODLAWN DRIVE (FIFTY FEET WIDE),

CONTAINING IN FRONT OR BREADTH ON SAID GREEN AVENUE SIXTY FEET AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH EAST BETWEEN PARALLEL LINES AT RIGHT ANGLES TO THE SAID GREEN AVENUE ONE HUNDRED FEET.

BEING LOT NO. 58 GREEN AVENUE.

THIS BEING THE SAME PROPERTY CONVEYED TO MICHAEL L. LEGARY AND CYNTHIA E. LEGARY, JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP, BY DEED FROM NATIONSTAR MORTGAGE LLC DBA CHAMPION MORTGAGE COMPANY, DATED 06/15/2018 AND RECORDED ON 06/28/2018 IN INSTRUMENT NO. 2018034512, IN THE BUCKS COUNTY

RECORDERS OFFICE.

[redacted]

[redacted]

Address : 2506 GREEN AVE, BRISTOL, PA

COPY