**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Cynthia E LeGary<br>Debtor(s)<br><br>Freedom Mortgage Corporation<br>Movant<br>V.<br>Cynthia E LeGary<br>Debtor(s)<br>Michael L. Legary<br>Co-Debtor<br>KENNETH E. WEST<br>Trustee<br><br>Respondent(s) | Chapter 13<br><br>Case Number: 26-12565-djb |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY WITH RESPECT TO PROPERTY: 2506 GREEN AVENUE, BRISTOL, PENNSYLVANIA 19007**

Freedom Mortgage Corporation, through its Counsel, McCalla Raymer Leibert Pierce, LLP, respectfully requests the Court grant its Motion for Relief and Co-Debtor Stay and in support thereof respectfully represents as follows:

1. Movant is Freedom Mortgage Corporation (hereafter referred to as "Movant").

2. Cynthia E. Legary ("Debtor") and Michael L. Legary ("Co-Debtor"), are, upon information and belief, adult individuals who are the owners of the property located 2506 GREEN AVENUE, BRISTOL, PENNSYLVANIA 19007.

3. On June 19, 2018, Debtor and Co-debtor, executed and delivered a Note in the principal sum of $140,139.00 to First Choice Loan Services Inc. A copy of the Note is attached as Exhibit "A" and is hereby incorporated by reference.

4. As security for the repayment of the Note, Debtor and Co-Debtor, executed and delivered a Mortgage to Mortgage Electronic Registration Systems, Inc., solely as nominee for First Choice Loan Services Inc. The Mortgage was duly recorded in the Office of the Clerk of Judicial Records in and for the County of Bucks, PA on June 28, 2018 as Instrument 2018034513. A copy of the Mortgage is attached as Exhibit "B" and is hereby incorporated by reference.

5. The Mortgage encumbers Debtor's real property located at 2506 GREEN AVENUE, BRISTOL, PENNSYLVANIA 19007.

6. By assignment of mortgage, the loan was ultimately assigned to Freedom Mortgage Corporation. A true and correct copy of the assignment is attached as Exhibit "C" and is hereby incorporated by reference.

7. The terms of the Note were amended by a Loan Modification Agreement dated October 1, 2025. A true and correct copy of the Loan Modification Agreement is attached as Exhibit "D".

8. Debtor(s) filed the instant Chapter 13 Bankruptcy on June 16, 2026 and, as a result, any state court proceedings were stayed.

9. Debtor's mortgage loan is in default and is currently due for the August 1, 2026 payment and each subsequent payment through the date of the motion. Debtor has failed to make the following post-petition payments to Movant:

**POST-PETITION PAYMENTS IN DEFAULT**

Monthly Payments in Default...................... 8/1/26-10/1/26

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 8/1/26-10/1/26 | $1,280.19 | 3 | $3,840.57 |

Suspense Balance:...................... ($0.00)

Total Amounts Due as of :10/08/26 $3,840.57

10. As a result of the Debtor's default and failure to make payments or to otherwise adequately provide for Movant in the bankruptcy filing, Movant is not adequately protected and is entitled to relief.

11. As of October 8, 2026 and Good through of November 8, 2026 the Unpaid Principal Balance of the loan is $101,754.96. The total debt of the loan is $107,622.64.

12. The Debtor's Schedule A/B lists the value of the Property as $222,224.00.

13. To the extent the Court does not find that relief is appropriate, then Movant requests that the stay be conditioned such that in the event the Debtor(s) fall(s) behind on post-petition payments or trustee payments that Movant may receive relief upon default by the Debtor(s) of the terms of the conditional order.

14. Movant is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d) and the co-debtor stay under 11 U.S.C. 1301.

15. Movant requests that the stay of Bankruptcy Rule 4001(a)(4) be waived.

16. This Motion and the averments contained herein do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this Motion, including fees

and costs, due under the terms of the Mortgage and applicable law.

WHEREFORE, Movant, Freedom Mortgage Corporation, respectfully requests this Court to grant the appropriate relief under 11 U.S.C. §362 and §1301 from the automatic stay and co-debtor stay as set forth in the proposed order together with waiver of Bankruptcy Rule 4001(a)(4).

Respectfully Submitted:

McCalla Raymer Leibert Pierce,

LLP

*By: /s/ **Kacie Cartwright***

Kacie Cartwright
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
Telephone: 267-737-5506
Kacie.Cartwright@mccalla.com

Date: 10/15/2026